IN THE UNITED STATES DISTRICT COURT
EASTERN DIVISION OF ARKANSAS
CENTRAL DIVISION

**ALAAHCONTAYNA AL**                                                                                     **PLAINTIFF**

v.                                               4:21-CV-01135-BRW

**STATE OF OKLAHOMA,** *ET AL.*                                                          **DEFENDANTS**

## ORDER

A district court has the authority to dismiss a case *sua sponte* for failure to state a claim.[1] Plaintiff's complaint parrots claims from a case he filed in the Eastern District of Arkansas earlier this year, which was dismissed by Judge Wright.[2]  Because Plaintiff's Complaint is nonsensical, frivolous, and states no cause of action against Defendants for which relief may be granted, this case is DISMISSED.

IT IS SO ORDERED this 18th day of November, 2021.

Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] See *Smith v. Boyd*, 945 F.2d 1041 (8th Cir. 1991).

[2] *Al v. State of Oklahom, et al.*, No. 4:21-CV-00150-SWW (E.D. Ark. March 16, 2021).

1